**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BARBARA JEAN PILLERA,
        Plaintiffs,        CIVIL ACTION NO. 07-CV-12574

vs.

        DISTRICT JUDGE PAUL D. BORMAN

DEARBORN HEIGHTS        MAGISTRATE JUDGE MONA K. MAJZOUB
POLICE OFFICER LEE
LAFEVE, et al.,
        Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

This matter comes before the Court on Plaintiff's Motion for Enlargement of Time to Complete Discovery filed on March 3, 2008[1]. (Docket no. 11). Plaintiff seeks an 45-day extension of time to complete discovery. (Docket no. 13). Defendants do not object to Plaintiff's request for an extension. (Docket no. 14). This matter has been referred to the undersigned for decision pursuant to 28 U.S.C. § 636(b)(1)(A). (Docket no. 12). The Court dispenses with oral argument pursuant to E.D. Mich. LR 7.1(e). The motion is now ready for ruling.

For good cause shown, Plaintiff's Motion for Enlargement of Time to Complete Discovery will be granted and the Court will extend the March 20, 2008 closing date for discovery by 45 days to May 5, 2008. (Docket no. 7). Consistent with this Court's prior scheduling order, motions for summary judgment should not be filed with the Court until discovery has been completed absent special circumstances. (Docket no. 7). Therefore, the Court will extend the Dispositive Motion deadline by 45 days to June 4, 2008.

---

[1] This Motion also sought to compel documents, however, Plaintiff withdrew without prejudice that portion of her motion on March 13, 2008. (Docket no. 13).

-1-

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Enlargement of Time to Complete Discovery (docket no. 11) is **GRANTED** and the closing date for all Discovery is May 5, 2008 and all Dispositive Motions are due on or before June 4, 2008.

### NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: March 31, 2008         s/ Mona K. Majzoub
                              MONA K. MAJZOUB
                              UNITED STATES MAGISTRATE JUDGE

### PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: March 31, 2008              s/ Lisa C. Bartlett
                                   Courtroom Deputy